[No. 7122-3–II.   Division Two.   January 6, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL H. PRESTON, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 6289, Gerald B. Chamberlin, J., entered June 10, 1983. *Affirmed* by unpublished opinion per Reed,

J., concurred in by Worswick, C.J., and Petrich, J.